# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **SHANDRICKA RAINLEY,** Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **ARCHBOLD MEDICAL CENTER, INC.,** <br><br> Defendant. | Case No. 7:22-CV-00030 <br><br> **JURY TRIAL DEMANDED** <br><br> **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)** |

## JOINT NOTICE OF RULE 41 DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Named Plaintiff Shandricka Rainley ("Rainley") and Defendant Archbold Medical Center, Inc. ("Defendant") stipulate to dismissal of all of Plaintiff Rainley's claims and causes of action in this case against Defendant without prejudice, with each party to bear their own costs and attorneys' fees.

Date:   May 19, 2022    Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*
**Clif Alexander** *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin Anderson** *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284


**MORGAN & MORGAN, P.A.**

**Jeremy Stephens**
Georgia Bar No. 702063
jstephens@forthepeople.com
191 Peachtree Street NE, Suite 4200,
Atlanta, Georgia 30303
Telephone: (404) 965-1682
Facsimile: (470) 639-6866

*Counsel for Plaintiff*


CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211

577 Mulberry Street, Suite 710
Macon, GA 31202-1975
(478) 750-8600
apeters@constangy.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Middle District of Georgia, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ <i>Clif Alexander</i><br>
Clif Alexander